Honorable Judge Rufe,

Who among us deserves it, not one who among us asks for it, all, who among us receives it from their fellow man and woman very few. By now you should undoubtedly know I am speaking of mercy.

Your Honor it is this day I ask you to consider this, one of humanity's most priceless gifts with the intent to distribute it with not only consideration for the bad which was commited requiring its need in the first place, but also the good that could flourish from its gracious use.

Jean McIntosch, while found guilty of acts that would lead anyone to laugh in the face of mercy also has lived a life that would warrant if nothing more the humblest of drops from its ever yielding womb. As her friend for the better part of two decades, I ask you to consider the good with the bad.

Far too often we take one mistake made by someone and from that error in judgement we write the opening and closing chapters of their lives, never giving audience to the good not only done by them, but also smothering any potential of future good that may be brought forth by their hands. We consider the pain caused by their indescretion without giving thought to the joy and love rendered by their very existence.

One mistake no matter how grave should not be all that is remembered in the life of a loving mother and wonderful friend.



**SALEM COUNTY CORRECTIONAL FACILITY**
125 Cemetery Road, Woodstown, NJ 08098
Office of the Chaplain
David C. Treachler
(856) 769-4889 Ext. 7759

To Whom it may Concern,

I have interacted with Jean McIntosh for the past 18 months as the teacher of Anger Management, as a professional counselor and as the chaplain of Salem County Correctional Facility. Jean has grown steadily in self awareness and in willingness to help others.

Jean is dealing with the personal and family issues from her past and has a sound strategy to grow into a strong and healthy woman and mother. My hopes and prayers will follow her.

Respectfully,

*[signature: David Treachler]*

Chaplain Dave Treachler

## Workplus

CONTINUED FROM PAGE B1

week that focused on developing a variety of employment-related skills — creating a résumé, finding careers, learning about proper dress attire for interviews, potential employer follow-ups, and developing interview techniques.

Also, the program taught professional attitudes, decision-making and financial training.

For inmate Marvis Jones, the program helped provide him with a positive attitude and path to follow when he gets released.

"I gained confidence, I'm not nervous and I'm not worried. It was real useful to me," Jones said, as he stood up in front and spoke to his fellows.

"I'm not gonna be discouraged because I have a past — I am changing my life," Jones continued.

Mid-Atlantic Executive Director Glen Donelson also encouraged the inmates and congratulated them on their achievement.

Since the work re-entry program started, the facility has successfully seen 105 graduates complete WorkPlus. Each graduate is presented with a certificate and given the opportunity to speak on his/her accomplishment.

Inmate Jean McIntosh talked about her gratitude for the program and all the essential skills she learned for when she returns home.

"When I go home, I have to take care of my children. Mr. Zeck really instilled in me the confidence I need. I have the resources now, and I just want to thank you for reaching out and giving us the knowledge we need," McIntosh said of program instructor David Zeck.

McIntosh added that if it wasn't for this program, she might not have taken the steps she needed to be successful in the future.

With each certificate that was handed out, loud applause filled the room.

Joyce Massey, director of social rehabilitation at the correctional facility, handed out each certificate and reminded the inmates that it's time to start a new chapter in their lives.

"Your graduation is not the end — it is just the beginning. Allow them to help you; it doesn't end here," Massey said.

Brittany Wehner may be reached at bwehner@southjerseymedia.com. Follow her on Twitter @brittanymwehner



Jean McIntosh talks about how the WorkPlus program changed her life and expressed her gratitude while speaking with other inmates of the Salem County Correctional Facility in Mannington Township during the WorkPlus graduation on Thursday. (BRITTANY M. WEHNER/SOUTH JERSEY TIMES)